

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-17-00595-CR

Christopher M. **HARBER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5166
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which she asserts there are no meritorious issues to raise on appeal. Counsel has demonstrated that she has served copies of the brief and motion on appellant, has informed appellant of his right to review the record and file his own brief, and has explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to file a *pro se* brief, he must do so within forty-five days from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1.

If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, the State may file a brief in response to counsel's brief no later than thirty days after the pro se brief is due.

We ORDER the motion to withdraw filed by appellant's counsel to be HELD IN ABEYANCE pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

We further ORDER the Clerk of this Court to serve a copy of this order on appellant, his counsel, the attorney for the State, and the clerk of the trial court.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.



KEITH E. HOTTLE,
Clerk of Court